UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 23 2017

CLERK, U.S. DISTRICT COURT
By_____
           Deputy

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>UPSTATE LAW GROUP, LLC, STRATEGIC MARKETING INNOVATORS, INC., PERFORMANCE ARBITRAGE COMPANY, INC., AND FINANCIAL PRODUCTS DISTRIBUTORS, LLC,<br><br>Respondents. | Misc. Action No.: 4:17-mc-00009-A |

## ORDER

On March 23, 2017, the Securities and Exchange Commission ("SEC") filed an Unopposed Motion to Enter Order As To Respondents Upstate Law Group, LLC ("ULG"), Strategic Marking Innovators, Inc. ("SMI"), and Performance Arbitrage Company, Inc. ("PAC"), stating that these three Respondents had agreed to comply fully with the SEC's administrative subpoenas directed to each of them, thereby resolving the relief sought by the SEC as to those three Respondents. The SEC asked the court to enter this Order, which grants the SEC all of the relief it requested as to each of them.

Therefore,

The court orders ULG, SMI, and PAC to deliver all documents, materials, and items requested for production by the SEC's October 26, 2016 administrative subpoena directed to each of them on or before 2:00 p.m. on April 5, 2017, at the United State Securities Exchange Commission, Fort Worth Regional Office, 801 Cherry Street, Suite 1900, Unit 18, Fort Worth,

ORIGINAL

Texas.

Signed March 23, 2017.

JOHN McBRYDE
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

Janie L. Frank
Texas Bar No. 07363050
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-6478
(817) 978-4927 (facsimile)
Email: frankj@sec.gov

COUNSEL FOR PLAINTIFF SECURITIES AND
EXCHANGE COMMISSION, Applicant

John Teakell
Law Office of John Teakell
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
(214) 523-9076
(214) 523-9077
Email: jteakell@teakelllaw.com

COUNSEL FOR RESPONDENTS UPSTATE LAW GROUP,
STRATEGIC MARKETING INNOVATORS, INC.,
AND PERFORMANCE ARBITRAGE COMPANY, INC., Respondents